# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Michael Williams <br><br> *Plaintiff(s)* <br> v. <br><br> The City of New York, Officer Jay Weng, Officer Jose A. Ramos, and Officer Romeo Esquea, Individually and as Members of the New York City Police Department <br> *Defendant(s)* | Civil Action No. 25-cv-10296 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                                                                    *Signature of Clerk or Deputy Clerk*

**Names and Addresses of Defendants for Whom Summonses are Requested**

Officer Jay Weng, Shield #23959, Tax #977006
c/o New York City Police Department
1 Police Plaza, Room 110A
New York, New York 10038

Officer Jose A. Ramos, Shield #22360, Tax #976985
c/o New York City Police Department
1 Police Plaza, Room 110A
New York, New York 10038

Officer Romeo Esquea, Shield #12381, Tax #976652
c/o New York City Police Department
1 Police Plaza, Room 110A
New York, New York 10038