**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Michael Williams,**

**Plaintiff,**

**-against-**

**The City of New York et al,**

**Defendants.**

**1:25-cv-10296 (VSB) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case has been referred to the undersigned for general pretrial management. (Order, ECF No. 9.) The parties are directed to appear for a telephone conference on Tuesday, February 3, 2026, at 2 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090. If Defendant has not appeared as of the date of the telephone conference, Plaintiff still is required to appear.

**SO ORDERED.**

Dated:      New York, New York
            January 28, 2026

_____
STEWART D. AARON
United States Magistrate Judge