Application GRANTED. The Conference originally scheduled for June 12, 2026 at 11 a.m. is rescheduled to June 26, 2026 at 2:00 p.m.
SO ORDERED.
Dated: June 3, 2026



### THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**TORVARI S. WILLIAMS**
*Assistant Corporation Counsel*
Phone: (212) 356-2557
Fax: (212) 356-3509
Tovwilli@law.nyc.gov

June 1, 2026

**VIA ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: Michael Williams v. City of New York, et al.,
     25-CV-10296 (VSB)(SDA)

Your Honor:

  I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, representing Defendants, City of New York, Jay Weng, Jose Ramos, and Romeo Esquea in the above-referenced matter. I respectfully write to advise the Court that, due to a scheduling conflict, the undersigned is unavailable to proceed with the Initial Conference currently scheduled for June 12, 2026 at 11:00 AM.

  Accordingly, the undersigned respectfully requests that the Initial Conference be rescheduled to a date and time mutually agreeable to the parties, specifically June 24, 2026, at 11:00 AM or June 26, 2026, at 11:00 AM. This is the first request of its kind. Plaintiff's counsel, David Rudin, consents to this request.

  Defendants thank the Court for its time and consideration of this request.

           Respectfully submitted,

           /s/ *Torvari Williams*
           **Torvari S. Williams**
           *Assistant Corporation Counsel*

cc:  **VIA ECF**

**David E. Rudin**
Law Offices of Joel B. Rudin, P.C.
152 West 57th Street
8th Floor
New York, NY 10019
212-752-7600
Fax: 212-980-2968
Email: david@rudinlaw.com

2